COMMONWEALTH of Pennsylvania, Respondent

v.

Cornell PRINCE, Petitioner

No. 312 EAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.